UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTISAN TECHNOLOGIES LLC,
                             Plaintiff, :     25 Civ. 7214 (LGS)

          -against- :     <u>ORDER</u>

INTERLUDE U.S. INC.,
                             Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held in this action on November 10, 2025. As discussed at the conference, it is hereby

    **ORDERED** that, by **November 14, 2025**, the parties shall file a joint letter regarding the parties' preferences with respect to a settlement referral to the court-annexed mediation program or to Magistrate Judge Stein. If the parties request a referral to Judge Stein, they shall also contact Judge Stein's chambers in advance of filing the letter to attempt to schedule a settlement conference and include any date scheduled in the letter. The parties shall also indicate whether there is diversity of citizenship between the parties. It is further

    **ORDERED** that, by **December 1, 2025**, Plaintiff shall file an amended complaint.

Dated: November 10, 2025
       New York, New York

                                         LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE