UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ARTISAN TECHNOLOGIES LLC,
Plaintiff and Counterclaim Defendant,

-against-

INTERLUDE U.S. INC.,
Defendant and Counterclaim Plaintiff.

-----------------------------------------------------------X

25 Civ. 7214 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a motion to compel discovery from non-party Walmart Inc., in connection with a 30(b)(6) deposition scheduled for June 29, 2026. Plaintiff's motion was denied by Order entered June 26, 2026.

WHEREAS, Plaintiff renewed the motion to compel by letter filed June 26, 2026. Walmart filed an opposition on June 28, 2026. Plaintiff's letter states that, "if no further relief is granted prior to the start of the deposition," counsel will "advise the Court where things stand" following the deposition.

It is hereby **ORDERED** that, by **July 10, 2026**, Plaintiff shall file any further motion in connection with the 30(b)(6) deposition of Walmart Inc., or shall otherwise file a letter stating that Plaintiff no longer seeks court intervention with respect to the deposition.

Dated: July 6, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE