UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ARTISAN TECHNOLOGIES LLC,
Plaintiff and Counterclaim Defendant,

-against-

INTERLUDE U.S. INC.,
Defendant and Counterclaim Plaintiff.

-----------------------------------------------------------X

25 Civ. 7214 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties submitted pre-motion letters in support of anticipated dispositive motions. It is hereby

**ORDERED** that, by **July 28, 2026**, each party shall file a responsive letter. The parties' anticipated motions will be discussed at the case management conference scheduled for August 4, 2026.

Dated: July 22, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE