UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTISAN TECHNOLOGIES LLC, Plaintiff and Counterclaim Defendant, -against- INTERLUDE U.S. INC., Defendant and Counterclaim Plaintiff. | 25 Civ. 7214 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant and Counterclaim Plaintiff Interlude U.S. Inc., doing business as eko ("eko"), moves for a Local Civil Rule 37.2 Conference, asserting that Plaintiff and Counterclaim Defendant Artisan Technologies LLC ("Artisan") has waived attorney-client privilege and work product protection as to certain documents.

WHEREAS, eko filed the letter motion under seal without seeking leave. Although the Protective Order entered in this matter states that a motion seeking to compel production of inadvertently disclosed information "shall be filed under seal," the Protective Order also states that "[d]ocuments may be filed under seal only as provided in Rule I.D.3 of the Individual Rules and Procedures for Civil Cases of District Judge Lorna G. Schofield." Rule I.D.3 requires a party to file a motion to seal any document sought to be filed under seal. It is hereby

**ORDERED** that, by **July 28, 2026**, Artisan shall file a response to eko's motion. Artisan shall contemporaneously email to Schofield_NYSDchambers@nysd.uscourts.gov, for the Court's *in camera* review, a copy of the document that eko argues effected a subject-matter waiver as described on pages one and two of eko's letter motion. It is further

**ORDERED** that, by **July 28, 2026**, any party holding an interest in confidential treatment of the information in eko's letter motion shall file a motion to seal such information. Pursuant to Individual Rule I.D.3, documents "may be filed under seal or redacted only to the extent

necessary to safeguard information sought to be filed under seal" and "must explain the particular reasons for seeking to file that information under seal." If both parties seek to seal information in the letter motion, the parties shall file a joint letter identifying each party's requested redactions.

Dated: July 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE