UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ARTISAN TECHNOLOGIES LLC,
Plaintiff and Counterclaim Defendant,

-against-

INTERLUDE U.S. INC.,
Defendant and Counterclaim Plaintiff.

------------------------------------------------------------X

25 Civ. 7214 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference is scheduled for August 4, 2026, at 3:15 P.M at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York in Courtroom 1106. It is hereby

**ORDERED** that the conference is **RESCHEDULED** to **August 4, 2026, at 3:25 P.M.** The conference will be conducted at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York in Courtroom 1106.

Dated: August 3, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**