UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTISAN TECHNOLOGIES LLC,<br>Plaintiff and Counterclaim Defendant,<br><br>-against-<br><br>INTERLUDE U.S. INC.,<br>Defendant and Counterclaim Plaintiff. | 25 Civ. 7214 (LGS)<br><br>**ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on August 4, 2026. As discussed at the conference, it is hereby

**ORDERED** that the motion to dismiss the Second Amended Complaint filed by Defendant and Counterclaim Plaintiff Interlude U.S. Inc., doing business as eko ("eko"), is **GRANTED IN PART** and **DENIED** in part for the reasons to be stated in an opinion to follow. The following claims are dismissed:

- Breach of Non-Interference, Non-Solicitation and Termination Provisions of the Production Agreement (part of Claim I);
- Breach of the Implied Covenant of Good Faith and Fair Dealing (Claim II);
- Fraudulent Inducement (Claim V).

The following claims survive:

- Breach of Use Restriction of the NDA and Non-Disclosure Provisions of the NDA and Production Agreement (part of Claim I);
- Misappropriation of Trade Secrets under the DTSA and Common Law (Claims III & IV).

It is further

**ORDERED** that, by **August 7, 2026**, Plaintiff and Counterclaim Defendant Artisan Technologies LLC ("Artisan") shall file a letter withdrawing the portion of the claim for breach

of contract based on the Non-Interference and Non-Solicitation provisions of the Production Agreement, or in the alternative, stating the record evidence that supports the claim. It is further

**ORDERED** that eko's motion to find that Artisan effected a subject matter waiver of the attorney-client privilege and attorney work product protection with respect to the parties' contract negotiations in 2022 and 2023 is **DENIED** for the reasons stated at the conference. Ruling is reserved on eko's motion to find that Artisan waived privilege and work product protection by inadvertent disclosure. It is further

**ORDERED** that the parties shall promptly contact the chambers of Magistrate Judge Stein regarding the scheduling of a settlement conference. It is further

**ORDERED** that eko's letter motion at Dkt. No. 86 is unsealed because no party seeks to seal the letter.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 35 and to unseal the document at Dkt. No. 86.

Dated: August 5, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**