UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ARTISAN TECHNOLOGIES LLC,
Plaintiff and Counterclaim Defendant,

-against-

INTERLUDE U.S. INC.,
Defendant and Counterclaim Plaintiff.

------------------------------------------------------------X

25 Civ. 7214 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered August 20, 2026, schedules a settlement conference in this action before Magistrate Judge Stein to be conducted on September 9, 2026. It is hereby

**ORDERED** that, by **September 16, 2026,** the parties shall file a joint letter regarding the status of settlement discussions. If settlement discussions have been unsuccessful, the parties shall request a telephonic conference to discuss the anticipated motions for summary judgment.

Dated: August 21, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**