PARNESS LAW FIRM, PLLC
136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

September 3, 2026

VIA ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Artisan Technologies LLC v. Interlude US Inc. d/b/a eko, 25-cv-7214 (LGS)**

Dear Judge Schofield:

I am counsel to Plaintiff Artisan Technologies LLC ("Artisan"). The Opinion and Order released by the Court yesterday evening (ECF 102) has created a potential conflict of interest between me and Artisan, in that it would at a minimum give rise to the appearance of impropriety if I were to continue representing Artisan in this matter. I am therefore, regrettably, writing to advise the Court that I will be filing papers as soon as practical seeking leave to withdraw as counsel for Artisan, without any waiver or limitation of my client's rights, either procedurally or substantively.

In order to prevent my withdrawal from prejudicing Artisan, and to give Artisan sufficient time to retain new counsel and to properly address the Opinion and Order, I respectfully request that the Court issue a stay of at least 60 days of all deadlines in this matter, effective immediately.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)
Daniel Miller (via Email)

The application is **GRANTED** in part and **DENIED** in part. The September 9, 2026, deadline for Plaintiff to re-produce documents, as set in the Opinion & Order at Dkt. No. 102, is extended to **November 9, 2026**. All deadlines are subject to a request for extension by new counsel. New counsel shall enter an appearance as soon as practicable, and no later than **October 19, 2026**. The parties shall appear for a telephonic conference on **October 20, 2026, at 3:15 PM**. The parties shall call (855) 244-8681 and enter the access code 23111938649. If new counsel has not appeared, a corporate representative of Plaintiff shall appear at the conference.

As soon as practicable, and no later than **September 9, 2026**, Plaintiff's Counsel shall file a motion to withdraw in compliance with Local Civil Rule 1.4. So Ordered.

Dated: September 4, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE