UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ARTISAN TECHNOLOGIES LLC,
Plaintiff and Counterclaim Defendant,

-against-

INTERLUDE U.S. INC.,
Defendant and Counterclaim Plaintiff.

-----------------------------------------------------------X

25 Civ. 7214 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered on August 21, 2026, directed the parties to file a joint letter regarding the status of settlement discussions by September 16, 2026.

WHEREAS, on September 3, 2026, Plaintiff's counsel filed a letter providing notice of a forthcoming motion to seek leave to withdraw as counsel, and on September 8, 2026, the September 9, 2026, settlement conference was cancelled. It is hereby

**ORDERED** that the September 16, 2026, deadline for the filing of a joint letter regarding the status of settlement is **ADJOURNED sine die**.

Dated: September 9, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE