UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTISAN TECHNOLOGIES LLC,<br>Plaintiff and Counterclaim Defendant,<br><br>-against-<br><br>INTERLUDE U.S. INC.,<br>Defendant and Counterclaim Plaintiff. | 25 Civ. 7214 (LGS)<br><br>**ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a settlement conference with Magistrate Judge Gary Stein is scheduled for October 8, 2026. It is hereby

**ORDERED** that the parties shall file a joint letter on the status of settlement by **October 15, 2026**, or the conclusion of settlement negotiations before Judge Stein, whichever is earlier.

Dated: September 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE