UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ARTISAN TECHNOLOGIES LLC,
Plaintiff and Counterclaim Defendant,

-against-

INTERLUDE U.S. INC.,
Defendant and Counterclaim Plaintiff.

-----------------------------------------------------------X

25 Civ. 7214 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 20, 2026, a status conference was held. It is hereby

**ORDERED** that by **October 22, 2026**, Plaintiff shall file any motion for reconsideration of the September 2, 2026, Opinion & Order at Dkt. No. 102, by **November 2, 2026**, Defendant shall file any opposition memorandum and by **November 6, 2026**, Plaintiff shall file any reply memorandum. The parties are directed to Individual Rule III.B.1 regarding the word limits for the memoranda. It is further

**ORDERED** that the November 9, 2026, deadline for Plaintiff to re-produce documents, as set in the Order at Dkt. No. 104, is **ADJOURNED** pending the resolution of the motion for reconsideration. A decision on the motion will, if applicable, address the deadline for the re-production of documents and any further discovery regarding the re-produced documents.

Dated: October 20, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE